

SO ORDERED,

**Judge Selene D. Maddox**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COUT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  DANNY CUNNINGHAM                                    CASE NO: 18-13558
        DEBTOR                                                                CHAPTER 13

### ORDER

An Objection [dkt # 14] to the Claim filed by United Consumer Financial Services has been filed by the Debtor.  After notice and no written responses having been filed within the time prescribed by law, it is;

ORDERED that the secured claim of United Consumer Financial Services, in the amount of $192.60 is hereby disallowed as a secured claim and only allowed as a general unsecured deficiency claim after the Debtor has surrendered the collateral to United Consumer Financial Services.

### ###END OF ORDER###

PRESENTED BY:

*/s/ R. Gawyn Mitchell*_____
R. GAWYN MITCHELL, 3383
Attorney for Debtor
112 5th Street South
Post Office Box 1216
Columbus, MS  39703-1216(
662) 327-3344